IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                       No. CIV S-11-2043 KJM KJN

   vs.

BEN ZHAN LI, et al.,              ORDER AND ORDER TO SHOW CAUSE

      Defendants

        Plaintiff has submitted his second request for an extension of time in which to file documents relating to the settlement of this case. For the reasons stated below, this request is DENIED.

        On August 2, 2011, plaintiff filed a complaint, alleging that defendants Ben Zhan Li, Kee Sun Au, and Me Au, the owners of Sun's Garden Restaurant, violated the Americans With Disabilities Act. ECF No. 1. On September 20, 2011, defendants filed an answer. ECF No. 6.

        On January 16, 2013, plaintiff filed a stipulation for continuing the trial date, noting that the parties were in settlement negotiations. ECF No. 13.

/////

On April 4, 2013, plaintiff filed a notice of settlement, announcing that the dispositional documents would be filed within thirty days. ECF No. 16.

On May 6, 2013, plaintiff sought an extension of time, saying only that plaintiff and defendants were "in the process of finalizing a settlement agreement and require longer than the 30 day grace period." ECF No. 18. The court granted the request, directing that the documents be filed no later than June 3, 2012.

On June 11, 2013, plaintiff filed his second request for an extension of time, repeating verbatim the phrase from the first request, that the parties "are in the process of a settlement agreement and require longer than the 30 day grace period." ECF No. 20.

Under Local Rule 160(b), the court may extend the period for filing dispositional documents "on good cause shown." Plaintiff has not met this standard, for he provides virtually no explanation of why the settlement process of this straightforward ADA case has not been completed in the five months the parties have been given.

IT IS THEREFORE ORDERED that

1. Plaintiff's request for an extension of time in which to file dispositional documents (ECF No. 20) is denied; and

2. Plaintiff is hereby ordered to show cause, within seven (7) days of the entry of this order, why this matter should not be dismissed with prejudice for his failure to comply with Local Rule 160 and the court's prior orders approving his own deadlines for the filing of dispositional documents. Local Rule 110.

DATED: June 20, 2013.

UNITED STATES DISTRICT JUDGE